**Order entered December 30, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01101-CV

## IN RE DEBORAH KAYE NATHAN, Relator

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81791-2019**

## ORDER

Before Justices Schenck, Partida-Kipness, and Nowell

Based on the Court's opinion of this date, we **DENY** relator's December 21, 2020 petition for writ of mandamus.

/s/    DAVID J. SCHENCK
       JUSTICE